BERKES CRANE SANTANA & SPANGLER LLP
Steven M. Crane (SBN 108930)
 scrane@bcsslaw.com
515 South Figueroa Street, Suite 1500
Los Angeles, California 90071
Telephone:     (213) 955-1150
Facsimile:      (213) 955-1155

Attorneys for Defendant, CHARLES S. MESSICK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| FINANCIAL INDEMNITY COMPANY, an Illinois corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>CHARLES S. MESSICK; ESTATE OF CHARLES C. MESSICK,<br><br>  Defendants. | CASE No. 2:21-cv-01585-KJM-AC<br><br>**ORDER RE STATEMENT OF DEATH OF DEFENDANT; REQUEST FOR SUBSTITUTION OF PARTIES**<br><br>The Hon. Kimberly J. Mueller, Courtroom 3 |

The Court, having reviewed the Statement of Death and Request for Substitution of Parties ORDERS that Jon Messick, as personal representative of the Estate of Charles Steven Messick, is hereby substituted in as defendant in place of Charles S. Messick.

DATED:  March 22, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE